UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Mia Tucker

    v.                                           Case No. 26-cv-73-SE

Kevin McClanahan

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated February 4, 2026.  For the reasons explained therein, this case is dismissed.  The clerk shall enter judgment close this case. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'"  School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

_____
Samantha D. Elliott
Chief Judge

Date: May 8, 2026

cc:  Mia Tucker, pro se